UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH MEGAN SHARER,<br><br>   Plaintiff<br><br>   v.<br><br>ARPHAX CARROLL, et al.,<br><br>   Defendants | Case No. 2:24-cv-01872-CDS-DJA<br><br>**ORDER** |

On October 1, 2025, the Court issued a screening order deferring a decision on Plaintiff's application to proceed *in forma pauperis* ("IFP"), dismissing Defendants Dr. Mary Grace and Associate Warden Nash with leave to amend, and permitting Plaintiff's Fourteenth Amendment due process claim for involuntary medical treatment to proceed against Defendants Arphax Caroll of Loving Health Care Services, Dr. Cyrvenski of Lake's Crossing Center, and Dr. K of Washoe County Jail. (ECF No. 8.) The Court granted Plaintiff until October 30, 2025, to file an optional second amended complaint. (*Id.*) Plaintiff has not filed a second amended complaint. The Court now grants Plaintiff's IFP application, and pursuant to the screening order, this action will proceed on Plaintiff's Fourteenth Amendment due process claim for involuntary medical treatment against Defendants Arphax Caroll, Dr. Cyrvenski, and Dr. K.

It is therefore ordered that Plaintiff's IFP application (ECF No. 4) is **granted**. Plaintiff is not required to pay an initial installment of the filing fee, and Plaintiff may maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security. In the event that this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

It is further ordered that, under 28 U.S.C. § 1915, the Nevada Department of Corrections will forward payments from the account of **SARAH MEGAN SHARER**, **#1283391** to the Clerk of the United States District Court, District of Nevada, at a rate of 20% of the preceding month's deposits (in months that the account exceeds $10.00) until

the full $350 filing fee has been paid for this action. The Clerk of Court will send a copy of this order to the Finance Division of the Clerk's Office. The Clerk of Court will also send a copy of this order to the attention of the **Chief of Inmate Services for the Nevada Department of Corrections** at formapauperis@doc.nv.gov.

It is further ordered that, pursuant to the Court's screening order (ECF No. 8), this action will proceed on Plaintiff's Fourteenth Amendment due process claim for involuntary medical treatment against Defendants Arphax Caroll of Loving Health Care Services, Dr. Cyrvenski of Lake's Crossing Center, and Dr. K of Washoe County Jail.

The Clerk of Court is directed to (1) **issue summons** for Defendants Arphax Caroll, Dr. Cyrvenski, and Dr. K, (2) **deliver the summonses** to the U.S. Marshal for service, and (3) **send sufficient copies** of the first amended complaint (ECF No. 7) and this order to the U.S. Marshal for service on Defendants.

The Clerk of Court is further directed to **send Plaintiff three USM-285 forms**. Plaintiff will have **30 days** within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to each Defendant on each form.

It is further ordered that within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

It is further ordered that Plaintiff will serve upon Defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. If Plaintiff electronically files a document with the Court's electronic-filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1. However, if Plaintiff mails the document to the Court, Plaintiff shall include with the original document

submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendant(s) or counsel for Defendant(s). If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk that fails to include a certificate showing proper service when required.

DATED: November 13, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE